79,030-01

11-2-2015 _____ (colate)

COURT OF CRIMINAL APPEALS OF TEXAS
Mr. Abel Acosta, Clerk
Tr. Ct. No. 401-81145-10  WR-79,030-01
P.O. Box 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 05 2015

Abel Acosta, Clerk

PLEASE FORWARD

Dear Mr. Acosta:

"Greetings!" My name is JAMES EDWARD ECHOLS, and I am an inmate at the MARK W. STILES UNIT at BEAUMONT, TEXAS. I am writing to you in the matter of my <u>Right to Access to appellate court</u>

What I means is that if the appellate court realizes it has made a bad decision, they are likely to refuse to certify it for publication. In that case it will apply only to my Lawyers would not be allowed to cite the decision as authority in other cases, and because of the decision limited effect, higher courts would not be likely to waste their time reviewing it - through, in a Aggravated sexual Assault of a child case, review to the State Supreme court would be. It would be an interesting social survey to find out how many people currently sitting behind bars in penitentiaries in this country are the victims of bad procedural decisions by appellate courts, written opinions that were dropped into a black hole and never certified for publication and there fore review by more reasoned minds.

I am requesting free copy of the appellate record: A copy of the opinions of the court of Appeals: A copy of the motions filed in the court of Appeals: and certified copies of any Judgment or order of the court of appeals

Please Turn over →

I would like the court of criminal appeals to Answer to the Briefs

I want to know who wrote the Briefs.

I would like copies of the Briefs

when was the Briefs file

when was the Briefs Dismiss

Appeals District Clerk when Bleing original notice Appeal fileing who file it.

again who wrote the Appeal I am asking for the copies of the Briefs.

I would like the copies of the writ of Habeas corpus application original filed in the court of criminal Appeals at that time.

If there are any question about this request, I can be reached at the below address. appreciate your assistance with this matter

Thank you for your time.

Sincerely,
JAMES EDWARD Echols # 1757036
MARK w. STILES UNIT
3060 Fm 3514
BEAUMONT, TEXAS 77705
Segreation unit (seg) 12FE-58cell

P.S. I am an indigent defendant requesting free Copy of all my appellate record.